UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61475-CIV-DIMITROULEAS

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BROWARD DESIGN CENTER, INC.,**
**a Florida for-profit corporation,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, and Defendant, BROWARD DESIGN CENTER, INC., by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties ten (10) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

    Dated: November 1, 2022.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**LAW OFFICE OF JENNIFER M. COLSON, P.A.**
Counsel for Defendant
P.O. Box 50028
Lighthouse Point, FL  33064
(954) 784-2290
jcolson@jennifersolsonpa.com

By: */s/ Jennifer M. Colson*
        JENNIFER M. COLSON
        Florida Bar No: 047783